# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

In Re: Melvin Milivoj Marin; Appellant:
Melvin Milivoj Marin

**Plaintiff,**

**V.**

Appellee: Miguel Cardona

**Defendant.**

**Civil Action No.** 25-cv-2767-LL-JAC

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DISMISSES the appeal without prejudice. This case is hereby closed.

**Date:** 9/22/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy